1
2
3
4
5
6
## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE ARENA CHILTON, | 1:09-cv-02187-OWW-SMS |
| Plaintiff, | ORDER VACATING DENIAL OF PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, AND GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., | |
| Defendants. | (Doc. 5) |

    By a motion filed December 16, 2009, plaintiff Alice Arena Chilton sought to proceed in forma pauperis. Plaintiff submitted a declaration making the financial showing required by statute. 28 U.S.C. § 1915(a)(1). By order entered January 5, 2010, this court denied plaintiff's motion (doc. 5). Following reconsideration, this court **VACATES** its order of January 5, 2010, and **ORDERS** that plaintiff's request to proceed in forma pauperis be granted.

    Notwithstanding this order, the court does not direct that service be undertaken until the court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:   January 10, 2010**            /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE